United States District Court
Southern District of Texas
**ENTERED**
October 09, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| BRIAN ESTHER § | |
| on behalf of himself individually, § | |
| and ALL OTHERS SIMILARLY § | |
| SITUATED § | Civil Action No. 4:17-cv-02300 |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | COLLECTIVE ACTION |
| § | (JURY TRIAL) |
| AIPC ENERGY LLC § | |
| Defendant. § | |

## ORDER OF DISMISSAL

Plaintiff Brian Esther and Defendant AIPC Energy, LLC, having stipulated to the dismissal with prejudice of all claims in this lawsuit, it is accordingly,

ORDERED and ADJUDGED that all of Plaintiff Brian Esther's claims against AIPC Energy, LLC in this lawsuit shall be, and hereby are, DISMISSED WITH PREJUDICE, with each party to bear his or its own costs of court and attorneys' fees.

SIGNED this 9th day of October, 2018.

_____
THE HONORABLE ALFRED H. BENNETT
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS